**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Alberto Garcia, ) | No. CV-07-0999-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Qwest Communications, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff's timely-filed First Amended Complaint sufficiently complies with Rule 8(a), FED.R.CIV.P., and this Court's May 22, 2007 Order to authorize service of the Amended Complaint by the United States Marshal Service ("USMS") on Defendant. Plaintiff also filed on June 7, 2007 a Motion to Speak with the Judge about his complaint.

Plaintiff's Motion to Speak with the Judge "regarding [his] complaint" is premature, inappropriate without the presence of defense counsel and, candidly, unnecessary at this time. This Motion will be denied without prejudice. Speaking with the assigned trial judge about the Complaint or any aspect of the merits of Plaintiff's claim outside the presence of all parties or their counsel is a prohibited *ex-parte* communication with the Court. *San Carlos Apache Tribe v. Bolton ex rel. County of Maricopa*, 194 Ariz. 68, 977 P.2d 790, 794 (Ariz. 1999) ("[W]ith some exceptions, 'all parties or their lawyers shall be included in communications with a judge.'" (citation omitted)); ER 3.5(b), Arizona Rules of Professional Conduct, Ariz. R.S.Ct. 42, 17A A.R.S. ("A lawyer [or an unrepresented party] shall not: (a)

1 seek to influence a judge, juror, prospective juror or other official of a tribunal by means
2 prohibited by law; . . .")  Like the lawyer in *San Carlos Apache Tribe*, Plaintiff is cautioned
3 against initiating *ex parte* communications with an adjudication judge. *Id*. at 796.  At the
4 Rule 16 scheduling conference and in the presence of defense counsel, Plaintiff will have an
5 opportunity to address the assigned trial judge.

6 Because of the difficulties in representing himself and the disadvantages Plaintiff
7 will have in litigation against a lawyer, Plaintiff should seek representation and the advice
8 of counsel before proceeding further in this court. If Plaintiff does not have a lawyer, he may
9 wish to contact the Volunteer Lawyers Program sponsored by Community Legal Services
10 and the Maricopa County Bar Association at 602-258-3434, call the Lawyer Referral Service
11 of the State Bar of Arizona at (602) 257-4434 or open the State Bar of Arizona web site at
12 www.azbar.org and click on "Lawyers Helping You."

13 Accordingly,

14 **IT IS ORDERED** that:

15 1. The Clerk of Court shall provide Plaintiff with service packets for service
16 upon Defendant.

17 2. Plaintiff shall return the completed service packets to the Clerk of Court on or
18 before **June 27, 2007** for forwarding to the USMS.

19 3. Service shall be made on Defendant's statutory agent for service of process
20 on or before **July 13, 2007** at Government expense by the USMS or his authorized
21 representative pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure.  Failure to
22 accomplish service within this time period may result in dismissal of Plaintiff's claims for
23 failure to serve pursuant to FED.R.CIV.P. 4(m).

24 4. Defendant shall have **twenty (20) days** from the date of service within which
25 to answer or otherwise respond to the Complaint as provided by the Federal Rules of Civil
26 / / /
27 / / /
28 / / /

Procedure.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Speak with the Judge (docket #7) is **DENIED** without prejudice.

DATED this 8th day of June, 2007.

Lawrence O. Anderson
United States Magistrate Judge