**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Angel Alberto Garcia,  )<br>                Plaintiff,  )<br>vs.  )<br>Qwest Corporation, a corporation,  )<br>                Defendant.  )<br>_____ ) | No. CV-07-999-PHX-LOA<br><br>**ORDER AND**<br>**ORDER TO SHOW CAUSE** |

*Pro se* Plaintiff's Response to Defendant's Motion for Summary Judgment is single spaced, hard to read and violates LRCiv 7.1(b) which requires "all documents shall be typed **double-spaced**." LRCiv 7.1(b) (emphasis added). More significantly, *pro se* Plaintiff failed to file a Statement of Facts mandated by LRCiv 56.1(b) when he filed his Response. Additionally, on May 30, 2008, Defendant filed an Objection, docket # 39, to Plaintiff's failure to disclose his trial witnesses and exhibits as ordered in the Court's October 23, 2007 Scheduling Order and as required by Fed.R.Civ.P 26(a)(3). (docket # 34 at 4)

On the Court's own motion,

**IT IS ORDERED** that Plaintiff's Response to Defendant's Motion for Summary, docket # 44, is **STRICKEN** for non-compliance with the Local Rules. Plaintiff shall re-file his Response with double-spaced lines by **5:00 p.m. on or before Tuesday, September 16, 2008**. The Response shall otherwise also comply with the Local Rules. The same exhibits Plaintiff filed on August 18, 2008 shall not be re-filed anew. Plaintiff's re-filed Statement of Facts may refer to those exhibits filed on August 18, 2008.

1  **IT IS FURTHER ORDERED** that Plaintiff shall file a separate Statement of Facts that complies in all respects with LRCiv 56.1(b)[1] and the Local Rules on or before **5:00 p.m., Tuesday, September 16, 2008**.

**IT IS FURTHER ORDERED** that Plaintiff shall show cause in writing on or before **5:00 p.m., Tuesday, September 16, 2008** why this Court should not sustain Defendant's Objection, docket # 39, and enter an order precluding Plaintiff from calling any witnesses other than himself and using any exhibits at trial, if there is one, or in response to Defendant's Motion for Summary Judgment for not complying with this Court's October 23, 2007 Order, docket # 34, that Plaintiff disclose his witnesses and exhibits by May 16, 2008.[2] See, Rule 26(a)(3) and Rule 37(c)(1), FED.R.CIV.P.; *Yeti by Molly, Ltd. v. Deckers Outdoor Corp.*, 259 F.3d 1101, 1106 (9th Cir. 2001); *Fonseca v. Sysco Food Services of Arizona, Inc.*, 374 F.3d 840, 846 (9th Cir. 2004).

**IT IS FURTHER ORDERED** that Defendant shall file a Reply to Plaintiff's re-filed Response to Defendant's Motion for Summary and a Reply to Plaintiff's Response to Order to Show Cause on or before **5:00 p.m., Tuesday, September 30, 2008**. Defendant's Reply to Plaintiff's Response to Order to Show Cause shall address, among others, whether Plaintiff's untimely or non-disclosure of his witnesses and exhibits is/was substantially justified or harmless.

---

[1] LRCiv 56.1(b) requires, in relevant part:

> [(1)] for each paragraph of the moving party's separate statement of facts, a correspondingly numbered paragraph indicating whether the party disputes the statement of fact set forth in that paragraph and a reference to the specific admissible portion of the record supporting the party's position if the fact is disputed; and (2) any additional facts that establish a genuine issue of material fact or otherwise preclude judgment in favor of the moving party. Each additional fact shall be set forth in a separately numbered paragraph and shall refer to a specific admissible portion of the record where the fact finds support. . . .

[2] It is noted that Defendant timely filed its Rule 26(a)(3) disclosures on May 16, 2008. (docket # 36)

1   Chamber's staff shall promptly fax a copy of this order to defense counsel
2   at: (303) 813-4501. Plaintiff has not provided the Clerk or the Court with a fax number.
3   DATED this 2nd day of September, 2008.

*Lawrence O. Anderson*
Lawrence O. Anderson
United States Magistrate Judge