**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Angel Alberto Garcia, | ) | No. CV-07-999-PHX-LOA |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Qwest Corporation, a corporation, | ) | |
| Defendant. | ) | |

On the Court's own motion and realizing that its October 3, 2008 Order was too broad,

**IT IS ORDERED** that amending its October 3, 2008 Order, *nunc pro tunc* to October 3, 2008, as follows:

Except for true impeachment witnesses and exhibits, Plaintiff is hereby precluded from using or calling (1) any witness other than himself, and (2) any exhibit not previously disclosed to Defendant before May 16, 2008 in responding to Defendant's Motion for Summary Judgment or at trial **except for the deposition testimony and exhibits submitted or disclosed in connection with Qwest's Motion for Summary Judgment, docket # 40.**

DATED this 3rd day of December, 2008.

Lawrence O. Anderson
United States Magistrate Judge